**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rene Ortiz, | **NO. CV-26-00084-PHX-JZB** |
| Plaintiff, | **ORDER** |
| v. | |
| Kristi Noem, et al., | |
| Defendants. | |

This matter was assigned to Magistrate Judge John Z. Boyle. (Doc. 3). On April 28, 2026, the Magistrate Judge filed a Report and Recommendation ("R&R") with this Court.[1] (Doc. 18). The Magistrate Judge recommends that this Court grant Plaintiff's Second Application to Proceed *In Forma Pauperis* (Doc. 16) and dismiss Plaintiff's First Amended Complaint ("FAC") without leave to amend. (Doc. 15). To date, no objections have been

[1] This case is assigned to a Magistrate Judge. However, not all parties have consented to the jurisdiction of the Magistrate Judge. Thus, the matter is before this Court pursuant to General Order 21-25, which states in relevant part:

> When a United States Magistrate Judge to whom a civil action has been assigned pursuant to Local Rule 3.7(a)(1) considers dismissal to be appropriate but lacks the jurisdiction to do so under 28 U.S.C. § 636(c)(1) due to incomplete status of election by the parties to consent or not consent to the full authority of the Magistrate Judge,
>
> **IT IS ORDERED** that the Magistrate Judge will prepare a Report and Recommendation for the Chief United States District Judge or designee.
>
> **IT IS FURTHER ORDERED** designating the following District Court Judges to review and, if deemed suitable, to sign the order of dismissal on my behalf:
>
> Phoenix/Prescott: Senior United States District Judge Stephen M. McNamee

filed.

**STANDARD OF REVIEW**

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

**DISCUSSION[2]**

Having reviewed the R&R of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the R&R.

**CONCLUSION**

Accordingly,

**IT IS ORDERED adopting** the Report and Recommendation of the Magistrate Judge. (Doc. 18).

**IT IS FURTHER ORDERED granting** Plaintiff's Second Application to Proceed *In Forma Pauperis*. (Doc. 16).

**IT IS FURTHER ORDERED denying** Plaintiff's Application to Proceed *In Forma Pauperis* as **moot**. (Doc. 2).

**IT IS FURTHER ORDERED dismissing** Plaintiff's Amended Complaint **without prejudice**. (Doc. 15).

///

///

---

[2] The factual and procedural history of this case is set forth in the Magistrate Judge's Report and Recommendation (Doc. 18).

- 2 -

**IT IS FURTHER ORDERED directing** the Clerk of Court to terminate this action.

Dated this 19th day of May, 2026.

Stephen M. McNamee
Senior United States District Judge